■ DONALD TANKERSLEY et al., Appellants, v CROWN, CORK & SEAL, INC., MACHINERY DIVISION, Defendant and Third-Party Plaintiff. ANHEUSER-BUSCH, INC., Third-Party Defendant-Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Special term, Murphy, J. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—apportionment of legal fees.) Present—Denman, J. P., Green, Pine, Lawton and Davis, JJ.